## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAMONA VAN WINKLE,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration,<br><br>　　　　　　　　Defendant. | Case No. 11-CV-116-GKF-FHM |

### OPINION AND ORDER

The motion filed by Plaintiff's counsel for attorney fees under 42 U.S.C. § 406(b), [Dkt. 26], has been pending since February 12, 2013. The motion recites that the required Certification of Notification of Plaintiff and Notice to Plaintiff will be filed with the court as soon as the completed forms are received from Plaintiff. [Dkt. 26, p. 10]. The motion acknowledges that once the filings are made, the application for fees will be completed and ripe for adjudication. *Id*. As of May 9, 2013, the Certification and Notice have not been filed.

Counsel for Plaintiff is hereby directed to file the Certification and Notice on or before May 30, 2013, or alternatively file an explanation of the efforts made to obtain the completed Notice form from Plaintiff and provide an estimate of the date when the Notice will be filed.

SO ORDERED this 9th day of May, 2013.

*[signature: Frank H. McCarthy]*

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE